# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In re Windstream Holdings, Inc.   Docket No.: 22-2891

Lead Counsel of Record (name/firm) or Pro se Party (name): Terence Patrick Ross / Katten Muchin Rosenman LLP

Appearance for (party/designation): Windstream Holdings, Inc. / Debtor-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
[ ] Correct
[ ] Incorrect.   The following parties do not wish to participate in this appeal:
Parties: _____
[✓] Incorrect.   Please change the following parties' designations:

| Party | Correct Designation |
|---|---|
| Official Committee of Unsecured Creditors of Windstream Holdings, Inc. | This entity is not a party to this appeal and is not and has never been represented by Terence Patrick Ross |

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Terence Patrick Ross
Firm: Katten Muchin Rosenman LLP
Address: 2900 K Street NW, North Tower, Suite 200
Telephone: (202) 625-3676     Fax: (202) 298-7570
Email: terence.ross@katten.com

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.   The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 08/06/2021 _____ OR that [ ] I applied for admission on _____ or renewal on
_____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _____ T. P. Ross _____
Type or Print Name: Terence P. Ross
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.