# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>In re Windstream Holdings, Inc., et al., Debtors.<br>Windstream Holdings, Inc., et al., Plaintiffs,<br>v.<br>Charter Communications Inc. and Charter Communications Operating, LLC. Defendants. | **DISTRICT**<br>Southern District of New York | **DOCKET NUMBER**<br>Nos. 21-04552 (CS), 19-08246 (RDD) |
| | **JUDGE**<br>Hon. Cathy Seibel | **APPELLANT**<br>Windstream Holdings, Inc. et al. |
| | **COURT REPORTER**<br>Sonya Ledanski Hyde, Tracey Williams, Lisa Beck and Nicole Yawn | **COUNSEL FOR APPELLANT**<br>Katten Muchin Rosenman LLP/Terence Patrick Ross, Shaya Rochester & Robert Smith |

**Check the applicable provision:**

☐ I am ordering a transcript.

☑ I am not ordering a transcript.

**Reason for not ordering a transcript:**

☑ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

N/A
Copies of the transcripts are already available for the summary judgment hearing in the Bankruptcy Court on December 18, 2019 (Dkt. No. 19-08246, ECF 237), and for the trial proceedings in the Bankruptcy Court on April 27-29 and May 6, 2020 (Dkt. No. 19-08246, ECF 327-28, 330-31).

**METHOD OF PAYMENT**   ☐ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

N/A

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /s/ Terence Patrick Ross | 11/17/2022 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTER | DATE |
|---|---|
| | |

Revised June, 2017