

**2900 K Street NW
North Tower - Suite 200
Washington, DC 20007-5118
+1.202.625.3500 tel
katten.com**

**TERENCE P. ROSS**
terence.ross@katten.com
+1.202.625.3676 direct
+1.202.298.7570 fax

<u>**VIA CM/ECF FILING**</u>

November 17, 2022

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** ***Windstream Holdings, Inc. et al. v. Charters Communications Operating, LLC***, **No. 22-2891 (2d Cir.) – Rule 31.2 Scheduling Letter**

Dear Ms. O'Hagan Wolfe:

Our firm represents Windstream Holdings, Inc., and its debtor affiliates (collectively, "Windstream"), the plaintiff-appellants in the above-referenced appeal.

Pursuant to Local Rule 31.2(a)(1)(A), I respectfully request that the Court set Thursday, February 16, 2023, as the deadline for my client's principal brief. That date is 91 days from the ready date, November 17, 2022—the date on which the appellant filed its transcript certification form.

Respectfully submitted,

/s/ Terence P. Ross

Terence P. Ross

CC: All counsel of record via CM/ECF filing